*land* v. *Rice*, 209 App. Div. 257; affd., 239 N. Y. 530; *Matter of Sweeting* v. *American Knife Co.*, 226 id. 199.)

In the Matter of the Claim of MARIE BERTHA SANANTONIO, Respondent, against JOHN SCHUSSLER, Doing Business as HOTEL ASTOR BARBER SHOP, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CONSTANTINO DE FRANCESCO, Respondent, against SINGER SEWING MACHINE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the action of the referee in excluding testimony of witnesses was prejudicial to the rights of the appellant. All concur, except Whitmyer and Hill, JJ., who dissent and vote to affirm award on the ground that no definite offer to call the witnesses was made.

In the Matter of the Claim of JOHN STUCCHIO and Another, Respondents, against THE PERIOD ART FURNITURE DECORATING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ARTHUR J. WHELAN, JR., Respondent, against IROQUOIS GAS CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, the court having considered and passed upon the constitutional question.

In the Matter of the Claim of ELIZABETH CARPENTER, Respondent, against MORSE CHAIN COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, the court having considered and passed upon the constitutional question.

In the Matter of the Claim of FRANK DROSENDALL, Respondent, against ARTHUR J. LANGE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, the affirmance of the award being made solely upon the admissions contained in the employer's report, and in the face of the testimony of the claimant, the court not having power to weigh evidence. (Workmen's Compensation Law, § 20.)*

In the Matter of the Claim of OLGA HOLDERER and Others, Respondents, against THE BROOKLYN CITY RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of HANNAH MARTINI, Respondent, against UNION CHEST AND CABINET CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against the employer and the insurance carrier.

In the Matter of the Claim of OAKLEY MASTIN and Others, Respondents, against R. J. BRANDT and E. C. HOWCROFT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARY E. PAUL, Respondent, against FORDHAM STORAGE WAREHOUSE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD,

---

* Amd. by Laws of 1928, chap. 754.— [REP.